IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANGELA NAILS,

        Plaintiff,                   No.  3:15-cv-1031-JE

    v.

WASHINGTON COUNTY
CLERK OFFICE,                           ORDER

        Defendant.

HERNÁNDEZ, District Judge:

        Magistrate Judge Jelderks issued a Findings and Recommendation [9] on August 18, 2015, in which he recommends that this Court grant Plaintiff's application to proceed *in forma pauperis* [1] and dismiss Plaintiff's complaint [2]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

        Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 – ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderk's Findings & Recommendation [9], and therefore, Plaintiff's application to proceed *in forma pauperis* [1] is granted and Plaintiff's complaint [2] is dismissed.

IT IS SO ORDERED.

DATED this \_\_\_17\_\_\_ day of \_\_\_September\_\_\_, 2015.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER